**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6136**

UNITED STATES OF AMERICA,

Petitioner - Appellee,

v.

VICTOR BERNARD PERKINS,

Respondent - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:92-hc-00654-FL)

Submitted: May 22, 2025                    Decided: May 28, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victor Bernard Perkins, Appellant Pro Se. Genna Danelle Petre, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Bernard Perkins appeals the district court's order denying his pro se motion for a procedural order, finding that Perkins must file any motions through his appointed counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Perkins*, No. 5:92-hc-00654-FL (E.D.N.C. Jan. 8, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*